UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:17-cr-20640

HONORABLE STEPHEN J. MURPHY, III

v.

D-7, DAVON MOULTRIE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [373]

On February 1, 2019, the Court referred Defendant Davon Moultrie's plea hearing to Magistrate Judge David Grand. ECF 370. On February 4, 2019, after conducting the hearing, Magistrate Judge Grand issued a report and recommendation which recommended that the Court accept Moultrie's plea. ECF 373.

Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed timely objections, de novo review of the Report's conclusions is not required. Having examined the record, the Court finds that the magistrate judge's conclusions are factually based and legally sound.

**WHEREFORE**, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation [373] is **ADOPTED.**

1

**IT IS FURTHER ORDERED** that Defendant Devon Moultrie's guilty plea is **ACCEPTED**.

**SO ORDERED**.

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: March 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2019, by electronic and/or ordinary mail.

                                            s/ David P. Parker
                                            Case Manager